# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID ANTHONY SHEARER,
　　　　　　　　　Appellant,
vs.
THE STATE OF NEVADA,
　　　　　　　　　Respondent.

No. 84101

FILED

FEB 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on November 3, 2020. Appellant did not file the notice of appeal, however, until January 13, 2022, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-04621

cc: Hon. Connie J. Steinheimer, District Judge
David Anthony Shearer
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk